UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g) |
| | ) | Possession of Firearm by |
| JONATHAN N. HEYWARD | ) | Prohibited Person |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 20, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**JONATHAN N. HEYWARD**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, the following firearm: a Smith & Wesson Model MP Shield, 9mm semi-automatic pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

The allegation contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Count One of this Indictment, the defendant, **JONATHAN N. HEYWARD**, shall forfeit to the United

States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Smith & Wesson Model MP Shield, 9mm semi-automatic pistol, S/N HSY0258.

A True Bill.

_____
Foreperson

David H. Estes
United States Attorney

Jennifer J. Kirkland
Assistant United States Attorney

Patricia G. Rhodes
Chief, Criminal Division